## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
|     JAMES G. NICHOLS | ) CASE NO.14-70492–BHL-13 |
|     PHYLLIS J. NICHOLS | ) |
|         DEBTOR(S) | ) |

### NOTICE OF PLAN COMPLETION

The Chapter 13 Trustee certifies that the debtor has completed all payments under the confirmed Chapter 13 plan.

If the debtor is eligible for a discharge, the debtor or the debtor attorney is now required to file a Motion for Entry of Chapter 13 Discharge and a Debtor's Certification of Eligibility on the Court's forms. These forms are available on the Bankruptcy Court's website at www.insb.uscourts.gov under "Forms/Local/Chapter 13". (If applicable, the debtor(s) or their attorney must also send notice of the filing of the Certification of Eligibility to any holder of a domestic support obligation.)

**FAILURE TO FILE THE ABOVE PLEADINGS WITHIN 30 DAYS AFTER THE FILING DATE OF THIS NOTICE MAY RESULT IN THE CLOSING OF THE CASE BY THE CLERK WITHOUT A DISCHARGE.**

July 5, 2017

/s/Robert P. Musgrave
Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN  47706-0972
Telephone:  (812) 424-3029
Fax:  (812) 433-3464
Email address:  chap13@trustee13.com

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties, either personally, electronically or by first-class mail July 5, 2017:

U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

JAMES G. NICHOLS
PHYLLIS J. NICHOLS
3601 S KINGS RIDGE RD

BIRDSEYE, IN 47513

KEVIN S. KINKADE
ATTORNEY AT LAW
123 N.W. 4TH ST., STE. 201
EVANSVILLE, IN 47708-1725

                                          /s/Robert P. Musgrave
                                          Robert P. Musgrave
                                          Chapter 13 Trustee
                                          P.O. Box 972
                                          Evansville, IN  47706-0972
                                          Telephone:  (812) 424-3029
                                          Fax:  (812) 433-3464
                                          Email address:  chap13@trustee13.com